PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Casmore Durham**     Docket No. **05-567**

Petition for Action on Conditions of Pretrial Release

COMES NOW **Kenneth Rowan**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, **Casmore Durham**, who was placed under pretrial release supervision by the Honorable **Patty Shwartz**, U.S. Magistrate Judge, sitting in the Court at Newark, New Jersey, on May 7, 2004, under the following conditions:

**1. $50,000 bond secured by ten percent**
**2. The defendant must maintain residence with sister, Jacinta Nicholson, who will also act as 3rd party custodian**
**3. Pretrial Services Supervision.**
**4. Travel restricted to New Jersey unless otherwise approved by Pretrial Services**
**5. Surrender of passport/do not apply for any travel documents**
**6. Address outstanding warrant within one week of release and present proof to Pretrial Services**

On April 18, 2006, the defendant appeared before the Honorable **Faith Hochberg**, U.S. District Judge, and he was sentenced to 27 months imprisonment and his bail conditions were modified to include the following:

**1. Twenty four hour house arrest with electronic monitoring pending his surrender. The defendant's surrender date is unknown at this time.**

Respectfully presenting petition for action of Court and for cause as follows:

On April 26, 2006, the defendant left his residence without authorization on two occasions from 5:57 p.m. to 6:25 p.m. and from 9:09 p.m. to 10:14 p.m. The defendant reported being outside his residence on the street to pick up his nephew at a bus stop, and to carry out a couch that was placed on the curb, respectively.

On May 2, 2006, the defendant was given permission to go to Orange Dental Center in East Orange, New Jersey for a 1:30 p.m. appointment that should have lasted no longer than one hour. The defendant returned to his residence at 6:16 p.m. Prior to his return, Pretrial Services attempted to learn of his whereabouts by calling the above noted dental office. They advised that the defendant never made his appointment (see attached letter). The defendant reported being at the dental office at his approved time, but advised of automobile problems delaying his return home. The defendant could not provide proof of dental visit or automobile problems that reportedly required servicing at a nearby service station. Further, the defendant could not recall the name or location of the service station that repaired his tire.

PRAYING THAT THE COURT WILL ORDER that the defendant will appear for a bail violation hearing.

ORDER OF COURT

Considered and ordered this 9th day of May 2006 and ordered filed and made a part of the records in the above case.

_____
Honorable Faith Hochberg
United States District Judge

Respectfully,

_____
Kenneth Rowan
U.S. Pretrial Services Officer
P.O. Box 20240
Newark, New Jersey 07102

Date: May 8, 2006